

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PAMELA HUTUL, | ) |
| Plaintiff, | ) No. 12-cv-01811 |
| v. | ) The Hon. Robert W. Gettleman |
| DANIEL MAHER, | ) Magistrate Judge Arlander Keys |
| Defendant. | ) |

## (PROPOSED) ORDER

THIS MATTER COMING TO BE HEARD on the prove-up for Final Judgment, the Court being fully advised in the premises, and the Court having previously entered Findings of Fact, Conclusions of Law, and Injunctive Relief, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Default judgment is hereby entered in favor of Plaintiff Pamela Hutul against Defendant Daniel Maher on each of the Plaintiff's claims; and

2. The Plaintiff is awarded $250,000.00 in damages against Defendant.

So ordered this 27 day of February, 2013

ENTER:

_____
Hon. Robert W. Gettleman

1